| | |
|---|---|
| DAVID SCHNAPF (CA Bar No. 100199)<br>dschnapf@townsend.com<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center Eighth Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br><br>JON V. SWENSON (CA Bar No. 233054)<br>jvswenson@townsend.com<br>G. ROSS ALLEN (CA Bar No. 262968)<br>grallen@townsend.com<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>379 Lytton Avenue<br>Palo Alto, CA  94301<br>Telephone:  (650) 326-2400<br>Facsimile:  (650) 326-2422 | JULIE M. HOLLOWAY (CA Bar No. 196942)<br>jholloway@wsgr.com<br>RICHARD G. FRENKEL (CA Bar No. 204133)<br>rfrenkel@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>KURT C. ROMMEL (*Pro Hac Vice*)<br>krommel@milesstockbridge.com<br>J. DOUGLAS CUTHBERTSON (*Pro Hac Vice*)<br>jcuthbertson@milesstockbridge.com<br>ABBY C. DENHAM (*Pro Hac Vice*)<br>adenham@milesstockbridge.com<br>D. MARGEAUX WITHERSPOON (*Pro Hac Vice*)<br>mwitherspoon@milesstockbridge.com<br>MILES & STOCKBRIDGE P.C.<br>1751 Pinnacle Drive, Suite 500<br>McLean, VA 22102<br>Telephone:  (703) 903-9000<br>Facsimile:  (703) 610-8686 |
| Attorneys for Defendant<br>STREIVOR, INC. | Attorneys for Plaintiff<br>HALTON CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALTON, CO.,<br><br>      Plaintiff,<br><br>   v.<br><br>STREIVOR, INC.,<br><br>      Defendant. | Case No. C 10-00655 WHA<br><br>**STIPULATION AND ORDER CHANGING HEARING DATE ON STREIVOR'S MOTION TO DISMISS TO MAY 27 AT 8:00 A.M.**<br><br>Date:     May 20, 2010<br>Time:    8:00 a.m.<br>Courtroom:  9, 19th Floor<br><br>The Honorable William H. Alsup |

Pursuant to L.R. 6-1(b) and L.R. 6-2, Plaintiff Halton Co. ("Halton") and Defendant Streivor, Inc. ("Streivor") stipulate and agree to change the hearing date on Streivor, Inc.'s Motion to Dismiss The Complaint Under Fed. R. Civ. P. 12(b)(6) Or, In the Alternative, Motion For A More Definite Statement Under Fed. R. Civ. P. 12(e) ("Streivor's Motion to Dismiss") filed April 9, 2010. (Document Number 19).

## STIPULATION

WHEREAS, Streivor's Motion to Dismiss was filed on April 9, 2010 and set a hearing date for May 20, 2010 at 8:00 a.m. to be heard by the Honorable William Alsup;

WHEREAS, counsel for Streivor is unavailable to attend the hearing as noticed on May 20, 2010 due to a conflict with another proceeding;

WHEREAS, the Court has set a case management conference for May 27, 2010 at 11:00 a.m.;

WHEREAS, at the request of Streivor, Halton and Streivor stipulate and agree that the hearing on Streivor's Motion to Dismiss should occur concurrently with the case management conference on May 27, 2010 at 11:00 a.m., or at another time that day the Court deems appropriate;

WHEREAS, the parties only previous extension of time relating to this case was a stipulation between the parties extending the time for Streivor to respond to Halton's complaint from March 11, 2010 to April 9, 2010 (Document Number 12);

WHEREAS, the extension of this time will not alter any other deadline or date already fixed by the Court;

ACCORDINGLY, Halton and Streivor hereby stipulate to moving the hearing on Streivor's Motion to Dismiss to occur concurrently with the case management conference on May 27, 2010 at 11:00 a.m., or at another time that day the Court deems appropriate.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

2  DATED: May 6, 2010          Respectfully submitted,

3                              TOWNSEND AND TOWNSEND AND CREW LLP

4                              By:  /s/ David Schnapf
5                                   David Schnapf
                                    Jon V. Swenson
6                                   G. Ross Allen

7                              Attorneys for Defendant
                               STREIVOR, INC.

10  DATED: May 6, 2010         Respectfully submitted,

11                             MILES & STOCKBRIDGE P.C.

12                             By:  /s/ Kurt C. Rommel
13                                  Kurt C. Rommel
                                    J. Douglas Cuthbertson
14                                  Abby C. Denham
                                    D. Margeaux Witherspoon

15                             Attorneys for Plaintiff
16                             HALTON CO.

Pursuant to stipulation, the hearing on the pending motion to dismiss is hereby continued to 8:00 a.m. on May 27, 2010.

**IT IS SO ORDERED.**

DATED: May  7 , 2010           By: _____
                                   THE HONORABLE
                                   United States

*APPROVED — Judge William Alsup*