| | |
|---|---|
| Julie M. Holloway (State Bar No. 196942) | David Schnapf (State Bar No. 100199) |
| jholloway@wsgr.com | dschnapf@townsend.com |
| Richard G. Frenkel (State Bar No. 204133) | TOWNSEND AND TOWNSEND AND |
| rfrenkel@wsgr.com | CREW LLP |
| WILSON SONSINI GOODRICH & ROSATI | Two Embarcadero Center |
| Professional Corporation | Eighth Floor |
| 650 Page Mill Road | San Francisco, CA  94111 |
| Palo Alto, CA 94304-1050 | Phone (415) 576-0200 |
| Telephone:  (650) 493-9300 | Fax (415) 576-0300 |
| Facsimile:  (650) 565-5100 | |
| Kurt C. Rommel (*Pro Hac Vice*) | Jon V. Swenson (State Bar No. 233054) |
| krommel@milesstockbridge.com | jvswenson@townsend.com |
| J. Douglas Cuthbertson (*Pro Hac Vice*) | G. Ross Allen (State Bar No. 262968) |
| jcuthbertson@milesstockbridge.com | grallen@townsend.com |
| D. Margeaux Witherspoon (*Pro Hac Vice*) | TOWNSEND AND TOWNSEND AND |
| mwitherspoon@milesstockbridge.com | CREW LLP |
| MILES & STOCKBRIDGE P.C. | 379 Lytton Avenue |
| 1751 Pinnacle Drive, Suite 500 | Palo Alto, CA 94301 |
| McLean, Virginia  22102 | Telephone:  (650) 326-2400 |
| Telephone:  (703) 903-9000 | Facsimile:   (650) 326-2422 |
| Facsimile:  (703) 610-8686 | |
| Attorneys for Plaintiff Halton Company | Attorneys for Defendant Streivor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALTON CO., a Kentucky corporation, | CASE NO.:  C 10-00655 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| v. | |
| STREIVOR, INC., a California corporation, | |
| Defendant. | |

Pursuant to the Court's May 27 Case Management Order (D.I. 34), ¶ 3, the parties have met and conferred, and have proposed the following briefing schedule leading up to the Claim Construction Tutorial set by the Court for December 1, 2010 at 1:30 p.m., and the Claim Construction Hearing set by the Court for December 15, 2010 at 1:30 p.m.:

| Description of Case Event | Proposed Date |
|---|---|
| Patent L.R. 3-1 Preliminary Infringement Contentions and Patent L.R. 3-2 Document Production | June 24, 2010 |
| Patent L.R. 3-3 Preliminary Invalidity Contentions and Patent L.R. 3-4 & 3-7 Document Productions | August 9, 2010 |
| Patent L.R. 4-1 Exchange of Proposed Terms | August 16, 2010 |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | September 8, 2010 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | September 24, 2010 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | October 15, 2010 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | November 3, 2010 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | November 17, 2010 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | November 24, 2010 |
| Tutorial | December 1, 2010[1] |
| Claim Construction Hearing | December 15, 2010[2] |

The Court finds good cause for entry of the above stipulated briefing schedule, and thus IT IS HEREBY ORDERED that the above Claim Construction briefing schedule is ENTERED.

Dated: __June 3, 2010._____   _____
Honorable William Alsup
United States District Judge



---

[1] Per ¶ 4 of the Court's May 27 Case Management Order.

[2] Per ¶ 3 of the Court's May 27 Case Management Order.

| | | |
|---|---|---|
| Dated: June 3, 2010 | | Respectfully submitted, |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Richard G. Frenkel
       Richard G. Frenkel

MILES & STOCKBRIDGE, P.C.

By:   /s/ Kurt C. Rommel
       Kurt C. Rommel (*pro hac vice*)
       J. Douglas Cuthbertson (*pro hac vice*)
       D. Margeaux Witherspoon (*pro hac vice*)

Attorneys for Plaintiff HALTON CO.


TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/ David Schnapf
       David Schnapf
       Jon V. Swenson
       G. Ross Allen

Attorneys for Defendant STREIVOR, INC.

### SIGNATURE ATTESTATION

I, Richard G. Frenkel, attest that I obtained the concurrence of Kurt C. Rommel and David Schnapf in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of June 2010 at Palo Alto, California.

       /s/ Richard G. Frenkel
       Richard G. Frenkel